# Notice Recipients

District/Off: 0314–5          User: AutoDocketer          Date Created: 3/10/2025
Case: 5:25–bk–00603–MJC          Form ID: 309I          Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Philip Lather          87 Milanville          Beach Lake, PA 18405
ust          United States Trustee          US Courthouse          1501 N. 6th St          Harrisburg, PA 17102
tr          Jack N Zaharopoulos          Standing Chapter 13          (Trustee)          8125 Adams Drive, Suite
A          Hummelstown, PA 17036
aty          Tullio DeLuca          381 N. 9th Avenue          Scranton, PA 18504
5694436          CAVALRY PORTFOLIO SERV          1 AMERICAN LN STE 220          GREENWICH, CT 06831
5694438          DISCOVER BANK          PO BOX 30939          SALT LAKE CITY, UT 84130
5694437          David Hester          420 NE 115th Street          Miami, FL 33161
5694439          HONESDALE NATIONAL BAN          733 MAIN ST          HONESDALE, PA 18431
5694440          HUNTINGTON NATIONAL BA          7 EASTON OVAL          COLUMBUS, OH 43219
5694442          LVNV FUNDING LLC          PO BOX 1269          GREENVILLE, SC 29602
5694441          Law Office of Tullio DeLuca          381 N. 9th Avenue          Scranton, PA 18504
5694443          Philip Lather          87 Milanville          Beach Lake, PA 18405

TOTAL: 12