UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                          :
    PHILIP LATHER                               :
        Debtor                                  :   CHAPTER 13
                                                :
    JACK N. ZAHAROPOULOS                        :
    STANDING CHAPTER 13 TRUSTEE                 :
        Movant                                  :   CASE NO.  5-25-bk-00603
                                                :
    PHILIP LATHER                               :
        Respondent                              :


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 8th day of April 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Failure to properly state the liquidation value in Section 1B of the Plan.

2.      Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a.  The Plan is underfunded relative to claims to be paid – 100%.


WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

                                    Respectfully submitted:

                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    8125 Adams Drive, Suite A
                                    Hummelstown, PA 17036
                                    (717) 566-6097

                            BY:  /s/ Agatha R. McHale
                    Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 8th day of April 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA   18504-

/s/Tammy Life
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2