## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| PHILIP LATHER | ) | Chapter 13 |
| Debtor, | ) | CASE No.: 5:25-bk-00603-MJC |
| | ) | |

### OBJECTION TO CONFIRMATION

COMES NOW David Hester, a creditor, by and through his undersigned attorney, and respectfully files his objection to the plan of the debtor Philip Lather (DE #10 and DE #11) and states:

1. Mr. Lather has misstated his income. Mr. Lather, individually or through a company or limited liability company of which he is the sole member owns two properties, one of which is a commercial property presently operated as a rental "Bed and Breakfast". Mr. Lather has grossly misstated his income and assets in his schedules and plan, and he is not committing all of his disposable income.

2. There is no reason why Mr. Lather cannot or should not sell or mortgage the properties owned by his entities Moon Shadow Inn & Resort, Inc. ("100% ownership), value unknown" and Phil64, LLC (100%) value $1,274,0000.00. Mr. Lather is the alter ego of his LLC and Corporate entity with properties worth in excess of $1,000,000.00.

3. Mr. Lather's income and assets as listed are inaccurate. Mr. Lather is not acting in good faith and his plan is not intended to repay creditors to the maximum extent possible.

WHEREFORE creditor David Hester prays that the Court will decline to confirm the Plan of Reorganization filed by Mr. Lather and grant such other relief as the Court deems just.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Objection to Confirmation was served via the NEF electronically on this 8th day of May 2025.

Keystone Law Firm, P.A.
Attorney for David Hester
12865 West Dixie Highway
North Miami, FL 33161
T: 305-899-8588 F: 305-892-8434
Email: fwolland@wolland.com

By: */s/ Frank Wolland*_____
    Frank Wolland, Esquire
    FBN#247537