# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Philip Lather,<br>aka Philip Lance Lather, aka Philip Lather, | Chapter      13 |
| **Debtor 1** | Case No.      5:25–bk–00603–MJC |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 23, 2025. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  August 7, 2025

orcnfpln(05/18)