# Notice Recipients

District/Off: 0314–5      User: AutoDocketer      Date Created: 8/7/2025

Case: 5:25–bk–00603–MJC      Form ID: orcnfpln      Total: 1

**Recipients of Notice of Electronic Filing:**

aty      Tullio DeLuca      tullio.deluca@verizon.net

            TOTAL: 1