# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Philip Lather,
aka Philip Lance Lather, aka Philip Lather,

Chapter     13

**Debtor 1**

Case No.     5:25−bk−00603−MJC

## Instructions for Serving Documents

You are required to serve the attached document and file a Certificate of Service that conforms with Local Rule 9013−3. Failure to file a Certificate of Service in a timely fashion may result in postponing the matter at issue.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
| --- | --- |
| Max Rosenn U.S. Courthouse | Seth F. Eisenberg |
| 197 South Main Street | Clerk of the Bankruptcy Court: |
| Wilkes−Barre, PA 18701 | By: MichaelMcHugh, Deputy Clerk |
| (570) 831−2500 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 7, 2025 |

ntserv (05/22)