# Notice Recipients

District/Off: 0314–5      User: AutoDocketer      Date Created: 8/7/2025

Case: 5:25–bk–00603–MJC      Form ID: ntserv      Total: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Tullio DeLuca | tullio.deluca@verizon.net |

TOTAL: 2