PHILIP LATHER,                                          :
         Debtor(s)                                      :         CASE NO.  5-25-BK-00603-MJC
                                                        :
                                                        :
JACK N. ZAHAROPOULOS                                    :
CHAPTER 13 TRUSTEE                                      :
         Movant                                         :         DOCKET NO: 44
                                                        :
PHILIP LATHER,                                          :         MOTION TO DISMISS
         Respondent(s)                                  :

## ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

Upon consideration of the Stipulation filed on January 13, 2026,

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

motion to dismiss for material default filed on or about December 10, 2025.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.