UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP LATHER, | : | |
| Debtor(s) | : | CASE NO.  5-25-BK-00603-MJC |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 44 |
| | : | |
| PHILIP LATHER, | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

Upon consideration of the Stipulation filed on January 13, 2026,

between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's

motion to dismiss for material default filed on or about December 10, 2025.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.


By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 14, 2026