# Notice Recipients

District/Off: 0314–5     User: AutoDocketer     Date Created: 1/14/2026
Case: 5:25–bk–00603–MJC     Form ID: pdf010     Total: 1

**Recipients of Notice of Electronic Filing:**
aty         Tullio DeLuca         tullio.deluca@verizon.net

                                                         TOTAL: 1