IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*********************************************************************
IN RE:                                    :
PHILIP LATHER                             :          CHAPTER 13
                                          :
                                          :          CASE NO.  5-25-00603
*********************************************************************

DEBTOR'S MOTION TO AMEND
CHAPTER 13 PLAN AFTER CONFIRMATION
*********************************************************************

AND NOW COMES, Philip Lather, the Debtor, by and through his Counsel, Tullio DeLuca,

Esq. and files this Motion to Amend Chapter 13 Plan:

1.       Debtor filed a Chapter 13 Petition with the U.S. Bankruptcy Court.

2.       Debtors Plan was confirmed on August 7, 2025.   Under the Plan, Debtor was to

make monthly payments of $816.00 to the Chapter 13 Trustee to pay unsecured creditors.

3.       Debtor entered into a Stipulation with the Trustee which required the filing of an

amended Chapter 13 Plan.

4.       In light of the above, Debtor proposes pursuant to 11 U.S.C. Section 1329 (a) of

the Bankruptcy Code to modify the Chapter 13 plan.

WHEREFORE, Debtor respectfully requests that this Honorable Court grant the Debtor's

Motion to Amend the Chapter 13 Plan as set forth above and such other relief as is

deemed necessary.


Dated: January 22, 2026                          Respectfully Submitted,



                                                 By:   /s/Tullio DeLuca
                                                       Tullio DeLuca, Esq.
                                                       Counsel for Debtor
                                                       4113 Birney Ave., Suite 2
                                                       Moosic, Pa  18507
                                                       (570) 347-7764