# Notice Recipients

District/Off: 0314–5               User: AutoDocketer          Date Created: 2/17/2026
Case: 5:25–bk–00603–MJC           Form ID: pdf010             Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Tullio DeLuca          tullio.deluca@verizon.net

TOTAL: 1